UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:12-CR-00009 |
| | ) Judge Nixon |
| KENNETH R. SALTSMAN, JR., | ) ) |
| Defendant. | ) |

## FINAL ORDER OF FORFEITURE

1. WHEREAS, on November 8, 2013, this Court entered a Preliminary Order of Forfeiture as to Defendant Kenneth R. Saltsman, Jr. ordering him to forfeit the following property:

   1. Any visual depiction described in section 2251, 2251A, or 2252 [FN2] 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;

   2. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

   3. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

including but not limited to a Toshiba Satellite laptop and Samsung cell phone seized from the residence of Kenneth R. Saltsman on August 15, 2012 (hereinafter collectively referred to as "Subject Property").

WHEREAS, the United States caused to be published notice of this forfeiture and of the

intent of the United States to dispose of the Subject Property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication of notice for a hearing to adjudicate the validity of their alleged legal interest in the property was advertised on-line at "www.forfeiture.gov," the official internet government forfeiture site, for 30 consecutive days beginning on December 11, 2013 and ending on January 9, 2014.

WHEREAS, there are no other persons or entities known which would require direct notice of this forfeiture action pursuant to 21 U.S.C. § 853(n);

WHEREAS, no timely petition has been filed; and

WHEREAS, the Court finds that the defendant had an interest in the Subject Property which is subject to forfeiture pursuant to 18 U.S.C. § 2253(a); and

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Subject Property is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 2253(a).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that prior to the transfer of ownership, the United States shall ensure that it has "wiped clean" and erased all files from electronic media, including but not limited to, computers, phones, tablets, etc., of any information.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the Subject Property is hereby condemned as to the defendant and as to any third party interest, and all right, title and interest to the Subject Property is hereby forfeited and vested in the United States of America, and the Subject Property shall be disposed of according to law.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction

2

Case 1:12-cr-00009   Document 46-1   Filed 05/15/14   Page 2 of 3 PageID #: 139

in this case for the purpose of enforcing this Order.

SO ORDERED this 16th day of _____May_____, 2014.

_____
JUDGE JOHN T. NIXON
United States District Judge